F I L E D

12 OCT 18  PM 2: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

IN RE: CARDTRONICS ATM FEE
NOTICE LITIGATION

Member Cases: 11-CV-3056 BEN (BLM)
 12-CV-0559 BEN (BLM)
 12-CV-2083 BEN (BLM)
 12-CV-2119 BEN (BLM)

CASE NO. 11-MD-2245 BEN (BLM)

**ORDER GRANTING JOINT
MOTION TO DISMISS
CASE NO. 11-CV-3056 BEN (BLM)**

[Docket No. 93]

Presently before the Court is a Joint Motion to Dismiss filed by Plaintiff Lisa Mabary and Defendants Cardtronics USA, Inc. and Cardtronics, Inc. in Case No. 11-CV-3056 BEN (BLM). For good cause shown, the Joint Motion is **GRANTED**. Mabary's individual claims against Defendants are **DISMISSED** with prejudice and the claims of the putative class are **DISMISSED** without prejudice. Each party shall bear its own attorney's fees.

**IT IS SO ORDERED**.

DATED: 10/17/201̲2

HON. ROGER T. BENITEZ
United States District Court Judge

- 1 -

11md2245